IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANITA M. WILLIAMS, )
                     **Plaintiff,** )
                                    )
vs. )    Case No. 07-4077-JAR
                                    )
MICHAEL J. ASTRUE, )
COMMISSIONER OF )
SOCIAL SECURITY, )
                     **Defendant.** )
_____)

## ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge John Thomas Reid, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be affirmed and judgment entered in accordance with the fourth sentence of 42 U.S.C. § 405(g), in accordance with the May 19, 2008 Recommendation and Report (Doc. 26).

**IT IS SO ORDERED**.

Dated this 29th day of July, 2008.

                                               S/ Julie A. Robinson
                                              **Julie A. Robinson**
                                              **United States District Judge**